1

2

3

4

5

6                                          THE HONORABLE KYMBERLY K. EVANSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY MANEMAN, ANNETTE
WILLIAMS, CASSANDRA WRIGHT, JAMES
HOLLINS, AND PIERRE DONABY, individually
and as representatives on behalf of a class of
similarly situated persons,

                 *Plaintiffs*,

   v.

WEYERHAEUSER COMPANY,
WEYERHAEUSER COMPANY ANNUITY
COMMITTEE, WEYERHAEUSER COMPANY
ADMINISTRATIVE COMMITTEE, STATE
STREET GLOBAL ADVISORS TRUST
COMPANY, AND JOHN DOES 1–5,

                 *Defendants*.

No. 2:24-cv-02050-KKE

**STIPULATED MOTION AND ORDER
GRANTING EXTENSION OF TIME TO
RESPOND TO COMPLAINT**

     Plaintiffs Gregory Maneman, Annette Williams, Cassandra Wright, James Hollins and

("Plaintiffs") and Defendants Weyerhaeuser Company, Weyerhaeuser Company Annuity

Committee, and Weyerhaeuser Company Administrative Committee ("the Weyerhaeuser

Defendants") hereby stipulate and request that the Court extend the deadline for all Defendants

to respond to the Complaint. The Complaint was just recently filed (on December 12) and

Defendant Weyerhaeuser Company served (on December 16).

STIPULATION AND ORDER
Case 2:24-cv-02050-KKE

1    The parties accordingly stipulate, pursuant to Local Civil Rules 7(d)(1) and 10(g), that the

2    deadline for all Defendants to respond to the Complaint is February 24, 2025.

3    Dated:  December 26, 2024

4    *By: s/ Carl J. Marquardt*                              By:  *s/ Kathleen M. O'Sullivan*

5
     Carl J. Marquardt WSBA #23257                   Kathleen M. O'Sullivan, Bar No. 27850
6    **Law Office of Carl J. Marquardt, PLLC**       Hannah E.M. Parman, Bar No. 58897
     1126 34th Avenue, Suite 311                      **Perkins Coie LLP**
7    Seattle, WA 98122                                1201 Third Avenue, Suite 4900
     Tel. 206-388-4498                                Seattle, Washington 98101-3099
8    e-mail: carl@cjmpllc.com                         Telephone: +1.206.359.8000
                                                      Facsimile: +1.206.359.9000
9                                                     KOSullivan@perkinscoie.com
     Jerome J. Schlichter, (*Admitted Pro Hac Vice*) HParman@perkinscoie.com
10   Sean E. Soyars, (*Admitted Pro Hac Vice*)
     Kurt C. Struckhoff, (*Admitted Pro Hac Vice*)
11   Patrick R. Kutz, (*Admitted Pro Hac Vice*)       *Attorneys for Defendants*
     Terrence W. Scudieri, Jr., (*Admitted Pro Hac Vice*) *Weyerhaeuser Company,*
12   **Schlichter Bogard LLP**                         *Weyerhaeuser Company Annuity*
     100 South Fourth Street, Suite 1200              *Committee, and Weyerhaeuser Company*
13   St. Louis, Missouri 63102                        *Administrative Committee*
     Telephone: +1 (314) 621-6115
14   Facsimile: +1 (314) 621-5934
     jschlichter@uselaws.com
15   ssoyars@uselaws.com
     kstruckhoff@uselaws.com
16   pkutz@uselaws.com
     tscudieri@uselaws.com
17
18   *Attorneys for Plaintiffs and the Proposed Class*
19
20
21
22
23
24
25
26

STIPULATION AND ORDER                    -2-
Case 2:24-cv-02050-KKE

**ORDER**

IT IS SO ORDERED.

DATED this 26th day of December, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER                      -3-
Case 2:24-cv-02050-KKE