UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MANEMAN et al.,<br><br>                Plaintiffs,<br>   v.<br><br>WEYERHAUSER COMPANY et al.,<br><br>                Defendants. | CASE NO. C24-2050-KKE<br><br>ORDER GRANTING STIPULATED MOTION ON BRIEFING SCHEDULE |

This matter comes before the Court on the parties' joint stipulated motion regarding consolidated opposition and extensions. Dkt. No. 41. The Court finds good cause to combine the responsive briefing to the two pending motions to dismiss and to extend the briefing schedule. Accordingly, the Court ORDERS:

1. Plaintiffs shall file a combined opposition to the pending motions to dismiss (Dkt. Nos. 32, 33) by May 2, 2025. The combined opposition shall not exceed 16,800 words.

2. Defendants may file separate replies per Local Rule 7(e)(3) by May 30, 2025.

The Clerk shall re-note the pending motions to dismiss (Dkt. Nos. 32, 33) to May 30, 2025.

Dated this 12th day of March, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION ON BRIEFING SCHEDULE - 1