UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MANEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WEYERHAUSER COMPANY, et al., <br><br> Defendants. | CASE NO. C24-2050-KKE <br><br> ORDER ON JOINT STIPULATED MOTION |

This matter comes before the Court on the parties' joint stipulated motion to file an amended complaint, set briefing schedule for motions to dismiss, and to stay discovery. Dkt. No. 61. The Court GRANTS the joint stipulated motion and ORDERS:

1. Plaintiffs may file an amended complaint. *See* Dkt. No. 62.

2. Defendants Weyerhaeuser Company, Weyerhaeuser Company Annuity Committee, and Weyerhaeuser Company Administrative Committee ("Weyerhaeuser Defendants") may file a motion to dismiss the amended complaint by July 31, 2025. The motion shall not exceed 9,400 words.

3. Defendant State Street Global Advisors Trust Company ("State Street") may file a motion to dismiss the amended complaint by July 31, 2025. The motion shall not exceed 9,400 words.

4. Plaintiffs shall file a consolidated opposition to Defendants' motions to dismiss on or before September 12, 2025. The opposition shall not exceed 17,800 words.

5. The Weyerhaeuser Defendants may file a reply brief by October 24, 2025. The reply shall not exceed 4,700 words.

6. State Street may file a reply brief by October 24, 2025. The reply shall not exceed 4,700 words.

7. The moving parties are directed to make reasonable efforts to avoid duplication of arguments presented in the motions and replies.

8. The initial disclosure deadlines and any discovery are stayed pending resolution of the forthcoming motions to dismiss.

9. The pending motions to dismiss are DENIED as MOOT. Dkt. Nos. 32, 33. The Court STRIKES the oral argument set for June 24, 2025. Dkt. No. 60.

10. The pending motion for leave to file amicus curiae brief in support of Plaintiffs' opposition to Defendants' motions to dismiss is DENIED as MOOT. Dkt. No. 58.

Dated this 30th day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER ON JOINT STIPULATED MOTION - 2