1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MANEMAN et al., | CASE NO. C24-2050-KKE |
| Plaintiff(s), | ORDER STRIKING HEARING |
| v. | |
| WEYERHAUSER COMPANY et al., | |
| Defendant(s). | |

This matter comes before the Court *sua sponte*. Due to the ongoing lapse in appropriations and resulting limitations on Court functions, the hearing set for November 20, 2025, at 10:00 am, for oral argument on Defendants' motions to dismiss is STRICKEN. *See* Dkt. No. 77. The courtroom deputy will contact the parties to coordinate rescheduling the hearing.

Dated this 6th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING HEARING - 1