THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY MANEMAN, ANNETTE WILLIAMS, CASSANDRA WRIGHT, JAMES HOLLINS, AND PIERRE DONABY, individually and as representatives on behalf of a class of similarly situated persons,

*Plaintiffs*,

v.

WEYERHAEUSER COMPANY, WEYERHAEUSER COMPANY ANNUITY COMMITTEE, WEYERHAEUSER COMPANY ADMINISTRATIVE COMMITTEE, STATE STREET GLOBAL ADVISORS TRUST COMPANY, AND JOHN DOES 1–5,

*Defendants*.

No. 2:24-cv-02050-KKE

**JOINT STIPULATED MOTION AND ORDER RE: CONSOLIDATED OPPOSITION AND EXTENSIONS**

**NOTE ON MOTION CALENDAR: MAY 11, 2026**

Plaintiffs Gregory Maneman, Annette Williams, Cassandra Wright, James Hollins, and Pierre Donaby ("Plaintiffs"), and Defendants State Street Global Advisors Trust Company, Weyerhaeuser Company, Weyerhaeuser Company Annuity Committee, and Weyerhaeuser Company Administrative Committee ("Defendants"), hereby stipulate and request that the Court extend the deadlines for: (i) Defendants to file their anticipated motions to dismiss Plaintiffs' Second Amended Complaint ("SAC," ECF No. 91); (ii) Plaintiffs to file their response to

STIPULATION AND ORDER
Case 2:24-cv-02050-KKE

Defendants' motions to dismiss the SAC; and (iii) Defendants to file their reply briefs, and that the Court also grant leave for Plaintiffs to file a consolidated opposition to the motions to dismiss the SAC.

*First*, Plaintiffs move to file a consolidated opposition to Defendants' motions to dismiss the SAC, rather than two separate opposition briefs. The Weyerhaeuser Defendants and SSGA Trust Co. each intend to file a motion to dismiss the SAC. The parties anticipate that the respective motions will address issues unique to the different Defendants but also address many of the same issues. A consolidated opposition would thus avoid redundant briefing and promote judicial economy.

In stipulating to this consolidated opposition, Plaintiffs do not seek an enlargement of their space limitations. Plaintiffs are currently entitled to file two 8,400-word opposition briefs. Local Rules W.D. Wash. LCR 7(e)(3). Plaintiffs request leave to file a consolidated opposition to Defendants' motions to dismiss that would not exceed 16,800 words.

*Second*, all parties move the Court to extend the deadlines for briefing on Defendants' motions to dismiss the SAC, as follows: (i) for Defendants' motions to dismiss the SAC, from May 14, 2026 to June 8, 2026; (ii) for Plaintiffs' opposition, from June 4, 2026 to July 27, 2026; and (iii) for Defendants' reply briefs, from June 11, 2026 to August 28, 2026.

For these reasons, the parties stipulate, pursuant to Local Rules W.D. Wash. LCR 7(e)(3), 7(d)(1), and 10(g), that the deadline for Defendants to file their motions to dismiss the SAC is June 8, 2026; the deadline for Plaintiffs to file their consolidated opposition brief not exceeding 16,800 words is July 27, 2026, and the deadline for all Defendants' reply briefs is August 28, 2026.

May 11, 2026

Respectfully submitted,

By: _s/ Kurt C. Struckhoff_
Kurt C. Struckhoff (*Admitted Pro Hac Vice*)
Jerome J. Schlichter (*Admitted Pro Hac Vice*)
Sean E. Soyars (*Admitted Pro Hac Vice*)
Patrick R. Kutz (*Admitted Pro Hac Vice*)
**Schlichter Bogard LLC**
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Telephone: +1 (314) 621-6115
Facsimile: +1 (314) 621-5934
kstruckhoff@uselaws.com
jschlichter@uselaws.com
ssoyars@uselaws.com
pkutz@uselaws.com

By: _s/ Carl J. Marquardt_
Carl J. Marquardt WSBA No. 23257
**Law Office of Carl J. Marquardt, PLLC**
1126 34th Avenue, Suite 311
Seattle, WA 98122
Telephone: +1 (206) 388-4498
carl@cjmpllc.com

*Attorneys for Plaintiffs and the Proposed Class*

By: _s/ Kathleen M. O'Sullivan_
Kathleen M. O'Sullivan, WSBA No. 27850
Benjamin Lester, WSBA No. 62839
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
KOSullivan@perkinscoie.com
BLester@perkinscoie.com

Myron D. Rumeld (*Admitted Pro Hac Vice*)
Joseph E. Clark *(Admitted Pro Hac Vice)*
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone: +1 (212) 969-3000
Facsimile: +1 (212) 969-2900
mrumeld@proskauer.com
jclark@proskauer.com

*Attorneys for Defendants*
*Weyerhaeuser Company,*
*Weyerhaeuser Company Annuity*
*Committee, and Weyerhaeuser Company*
*Administrative Committee*

By: _s/ Brandi B. Balinda_
Brandi B. Balanda, WSBA No. 48836
Jacob P. Freeman, WSBA No. 54123
**Fennemore Craig, P.C.**
999 Third Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 749-0500
Fax: (206) 749-0600
bbalanda@fennemorelaw.com
jfreeman@fennemorelaw.com

*Attorneys for Defendant State Street*
*Global Advisors Trust Company*

STIPULATION AND ORDER                    -3-
Case 2:24-cv-02050-KKE

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of May, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge

Presented by:

By: _s/ Kurt C. Struckhoff_
Kurt C. Struckhoff (*Admitted Pro Hac Vice*)
Jerome J. Schlichter (*Admitted Pro Hac Vice*)
Sean E. Soyars (*Admitted Pro Hac Vice*)
Patrick R. Kutz (*Admitted Pro Hac Vice*)
**Schlichter Bogard LLC**
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Telephone: +1 (314) 621-6115
Facsimile: +1 (314) 621-5934
kstruckhoff@uselaws.com
jschlichter@uselaws.com
ssoyars@uselaws.com
pkutz@uselaws.com


By: _s/ Carl J. Marquardt_
Carl J. Marquardt WSBA #23257
**Law Office of Carl J. Marquardt, PLLC**
1126 34th Avenue, Suite 311
Seattle, WA 98122
Telephone: +1 (206) 388-4498
carl@cjmpllc.com

By: _s/ Kathleen M. O'Sullivan_
Kathleen M. O'Sullivan, WSBA No. 27850
Benjamin Lester, WSBA No. 62839
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
KOSullivan@perkinscoie.com
BLester@perkinscoie.com

Myron D. Rumeld (*Admitted Pro Hac Vice*)
Joseph E. Clark (*Admitted Pro Hac Vice*)
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone: +1 (212) 969-3000
mrumeld@proskauer.com
jclark@proskauer.com

*Attorneys for Defendants*
*Weyerhaeuser Company,*
*Weyerhaeuser Company Annuity*
*Committee, and Weyerhaeuser Company*
*Administrative Committee*

*Attorneys for Plaintiffs and the Proposed Class*

By:  *s/ Brandi B. Balanda*
Brandi B. Balanda, WSBA No. 48836
Jacob P. Freeman, WSBA No. 54123
**Fennemore Craig, P.C.**
999 Third Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 749-0500
Fax: (206) 749-0600
bbalanda@fennemorelaw.com
jfreeman@fennemorelaw.com

*Attorneys for Defendant State Street
Global Advisors Trust Company*

STIPULATION AND ORDER                    -5-
Case 2:24-cv-02050-KKE