THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MANEMAN, ANNETTE WILLIAMS, CASSANDRA WRIGHT, JAMES HOLLINS, AND PIERRE DONABY, individually and as representatives on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>WEYERHAEUSER COMPANY, WEYERHAEUSER COMPANY ANNUITY COMMITTEE, WEYERHAEUSER COMPANY ADMINISTRATIVE COMMITTEE, STATE STREET GLOBAL ADVISORS TRUST COMPANY, and JOHN DOES 1-5,<br><br>Defendants. | No. 2:24-cv-02050-KKE<br><br>**DECLARATION OF JOSEPH E. CLARK IN SUPPORT OF WEYERHAEUSER DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

CLARK DEC. ISO
WEYERHAEUSER DEFENDANTS'
MOTION TO DISMISS
(No. 2:24-CV-02050-KKE)

**Proskauer Rose LLP**
Eleven Times Square
New York, New York 10036
Phone: 1.212.969.3000
Fax: 1.212.969.2900

I, JOSEPH E. CLARK, hereby declare:

1.    I am an attorney with the law firm of Proskauer Rose LLP.  I am counsel to the Weyerhaeuser Defendants[1], and have been admitted *pro hac vice* in the above-referenced matter.  *See* Dkt. 16.

2.    I submit this Declaration to put before the Court excerpts of a document cited in support of the Weyerhaeuser Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 91, "SAC").

3.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Group Annuity Contract ("GAC") entered into between Weyerhaeuser Company and Athene Annuity and Life Company in connection with the pension risk transfer that is at issue in this matter. *See, e.g.,* SAC ¶¶ 29, 40 134.

4.    I understand that this GAC was executed on July 26, 2019.

5.    I declare the foregoing to be true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Executed this 8th day of June, 2026, at New York, New York.


*/s/ Joseph E. Clark*_____
Joseph E. Clark
*Counsel for the Weyerhaeuser Defendants*

---

[1] The "Weyerhaeuser Defendants" refers to Weyerhaeuser Company ("Weyerhaeuser"), Weyerhaeuser Company Annuity Committee, and Weyerhaeuser Company Administrative Committee.

CLARK DEC. ISO
WEYERHAEUSER DEFENDANTS'
MOTION TO DISMISS
(No. 2:24-CV-02050-KKE)

**Proskauer Rose LLP**
Eleven Times Square
New York, New York 10036
Phone: 1.212.969.3000
Fax: 1.212.969.2900