THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY MANEMAN, ANNETTE WILLIAMS, CASSANDRA WRIGHT, JAMES HOLLINS, and PIERRE DONABY, individually and as representatives on behalf of a class of similarly situated persons,

Plaintiffs,

v.

WEYERHAEUSER COMPANY, WEYERHAEUSER COMPANY ANNUITY COMMITTEE, WEYERHAEUSER COMPANY ADMINISTRATIVE COMMITTEE, STATE STREET GLOBAL ADVISORS TRUST COMPANY, and JOHN DOES 1–5,

Defendants.

No. 2:24-cv-02050-KKE

**NOTICE OF CHANGES TO ATTORNEYS' FIRM NAME AND EMAIL ADDRESSES**

NOTICE OF CHANGES TO ATTORNEYS' FIRM NAME AND EMAIL ADDRESSES
(No. 2:24-cv-02050-KKE)

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Pursuant to Local Rules W.D. Wash. LCR 10(f), please take notice that, effective June 26, 2026, the law firm Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP. The email addresses of the undersigned attorneys have also changed.

There have been no other changes to the attorneys of record, their mailing address, their telephone or facsimile number, or their representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new firm name and email addresses in the signature block below.

DATED: July 8, 2026

By: *s/ Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850
Benjamin Lester, WSBA No. 62839
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
kathleen.osullivan@ashurstperkins.com
ben.lester@ashurstperkins.com

*Attorneys for Defendants Weyerhaeuser Company, Weyerhaeuser Company Annuity Committee, and Weyerhaeuser Company Administrative Committee*

NOTICE OF CHANGES TO ATTORNEYS' FIRM
NAME AND EMAIL ADDRESSES –2
(No. 2:24-cv-02050-KKE)